UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:13-CV-00816-BR

| | |
|---|---|
| TINIKA S. WARREN, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| GUILFORD COUNTY CHILD SUPPORT ENFORCEMENT, | ) |
| Defendant. | ) |

This matter is before the court on the 17 December 2013 memorandum and recommendation ("M&R") of U.S. Magistrate Judge William A. Webb that this action be transferred to the Middle District of North Carolina. (DE # 4.) Plaintiff has not filed an objection to the M&R. For the reasons stated in the M&R, this action is hereby TRANSFERRED to the Middle District of North Carolina, and the Clerk is DIRECTED to complete all necessary procedures to electronically transfer this case to that district.

This 14 January 2014.

_____

W. Earl Britt
Senior U.S. District Judge